IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NIEYAH WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NORTH POINT TRANSPORTATION GROUP, INC., | : | CIVIL ACTION NO. 1:17-cv-806-AT |
| | : | |
| Defendant. | : | |

## **ORDER**

This case is currently before the Court on the parties' Joint Motion for Order Approving Settlement Agreement [Doc. 11] attempting to resolve this case brought pursuant to the Fair Labor Standards Act.

The Court has reviewed the Settlement Agreement for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11 Cir. 1982). Based on this review, the Court finds that the settlement agreement constitutes a fair, reasonable, and adequate resolution of this action. **THEREFORE**, the Court **GRANTS** the Parties' Joint Motion [Doc. 11] and **APPROVES** the Settlement Agreement.  The Court further **APPROVES** the Stipulation of Dismissal [Doc. 10].  The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 9th day of June, 2017.

_____
**Amy Totenberg
United States District Judge**